**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ) | Civil Action No. 26-13162 |
| SHAWN AMAZAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON, ) | |
| BOSTON PUBLIC SCHOOLS, ) | |
| MARY SKIPPER, CINDIE NIELSON, ) | |
| JENNIFER SWEENEY, ) | |
| DENNIS HOOGENDYK, DAVID LUBA, ) | |
| LUCAS ROSEN, and JULIO SANCHEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, City of Boston, and its department, Boston Public Schools (together, the "City") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1.      On April 13, 2026, Plaintiff commenced this civil action in the Suffolk Superior Court. Plaintiff has amended the action and it is currently styled as *Shawn Amazan, v. City of Boston, Boston Public Schools, Mary Skipper, Cindie Nielson, Jennifer Sweeney, Dennis Hoogendyk, David Luba, Lucas Rosen, and Julio Sanchez,* Civil Action No.: 2684CV01082 (the "State Court Action"). Plaintiff asserts seven counts against Defendants.

2.      The City was served on or about July 6, 2026.

3. Plaintiff asserts various federal questions giving rise to the original jurisdiction of this Court, under 28 U.S.C., § 1331. Plaintiff's Counts IV, V, VI, and VII assert federal claims under Section 42 U.S.C., § 1983 and the Americans with Disabilities Act as follows:

Count IV – Violation of 42 U.S.C. § 1983 against Individual Defendants (bodily integrity, public education, and search and seizure);

Count V – Violation of 42 U.S.C. § 1983 against the City (custom or policy of failing to train or supervise personnel – bodily integrity, public education, use of force and search and seizure);

Count VI - Violation of 42 U.S.C. § 1983 against Individual Defendants (unreasonable seizure and excessive force);

Count VII– Violation of the ADA against all Defendants under 42 U.S.C. §§ 12131-12165.

4. The rest of Plaintiff's counts assert state tort and state constitutional claims against various defendants, including negligence, negligent infliction of emotional distress, and under the Massachusetts Civil Rights Act.

5. As required by 28 U.S.C. § 1446(a), attached as Exhibit 1 is a copy of the process and pleadings served on Defendants in the State Court Action. This Notice of Removal is filed prior to the expiration of 30 days from the date of service. See, 28 U.S.C. § 1446(b)(1); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

6. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 42 of the United State Code, and as pleaded, attempting to raise claims under the U.S. Constitution.

7.     Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the State Court Action is pending in Massachusetts.

8.     As of this filing, no return of service has been filed by Plaintiff showing service on the remaining Defendants.

9.     This Notice of Removal has been served on Plaintiff's counsel.  A Notice of Filing of Notice of Removal, attached hereto as Exhibit 2, will be filed in the Suffolk Superior Court upon the filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

Date: July 9, 2026

Respectfully Submitted,
**Defendants, City of Boston &**
**Boston Public Schools**
By Their Attorney, Mike Firestone
Corporation Counsel
/s/ Mauricio J. Vaca
Mauricio J. Vaca (BBO#704470)
Interim Legal Advisor
Boston Public Schools
2300 Washington Street, 4th Floor
Boston, MA 02119
(617) 635-9320
mauricio.vaca@boston.gov
mvaca@bostonpublicschools.org

## CERTIFICATE OF SERVICE

I, Mauricio J. Vaca, hereby certify that on July 9, 2026, a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the Plaintiff, at dheffernan@kcslegal.com, jkoltun@kcslegal.com, and epresson@kcslegal.com.

/s/ Mauricio J. Vaca
Mauricio J. Vaca (BBO#704470)